UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | Judge |
| JASON EPSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, brings this action against the defendant, Jason Epstein, and for its cause of action states:

## COUNT I

1.      This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345.

2.      The defendant Jason Epstein resides within the jurisdiction of this court.

3.      Pursuant to the provisions of Title IV of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071 - 1087ii, Epstein executed a promissory note as more fully set forth in the Certificate of Indebtedness attached as Exhibit A.  A copy of the note is attached as Exhibit B.

4.       Although demand has been made for payment, there remains due and owing the principal sum of $3,894.68, plus interest to January 21, 2015, in the sum of $3,823.87, with interest continuing to accrue on the principal at the rate of $0.85 per day.

<u>COUNT II</u>

1.      Paragraphs 1 through 2 are re-alleged and hereby made Paragraphs 1 through 2 in Count II.

3.      Pursuant to the provisions of Title IV of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071 - 1087ii, the defendant executed a promissory note as more fully set forth in the Certificate of Indebtedness attached as Exhibit C.  A copy of the note is attached as Exhibit D.

4.       Although demand has been made for payment, there remains due and owing the principal sum of $193,801.47, plus interest to January 21, 2015 in the sum of $81,046.48, with interest continuing to accrue on the principal at the rate of $33.83 per day..

WHEREFORE, the United States demands judgment against the defendant Jason Epstein as follows:

a.      in the amount of $7,718.55, which represents principal and interest due through January 21, 2015, on Count I;

b.      interest to continue to accrue at the rate of $0.85 per day from January 21, 2015, until the date the court enters judgment;

c.      in the amount of $274,847.95, which represents principal and interest due through January 21, 2015 on Count II;

d.      interest to continue to accrue at the rate of $33.83 per day from January 21, 2015 until the date the court enters judgment;

e.      costs of suit, including but not limited to, a filing fee of $400.00, as authorized by 28 U.S.C. §§ 2412(a)(2) and 1914(a), and

f.     for such other proper relief as this court may deem just.


                           Respectfully submitted,

                           ZACHARY T. FARDON
                           United States Attorney

                           By: s/ Scott D. Heffron
                               SCOTT D. HEFFRON
                               Assistant United States Attorney
                               219 South Dearborn Street
                               Chicago, Illinois 60604
                               (312) 886-4190
                               scott.heffron@usdoj.gov

**U. S. DEPARTMENT OF EDUCATION**
**SAN FRANCISCO, CALIFORNIA**

**CERTIFICATE OF INDEBTEDNESS #1 OF 2**

Jason R Epstein
███
Chicago, IL ███
Account No. ███ 7088

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/21/15.

On or about 03/10/99, the borrower executed a promissory note to secure a Federal Family Education Loan Program Consolidation loan from SUNTRUST BANK. This loan was disbursed for $4,502.88 on 03/30/99, at 8.00 percent interest per annum. The loan obligation was guaranteed by Texas Guaranteed Student Loan Corporation, and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note, and credited $907.48 to the outstanding principal owed on the loan. The borrower defaulted on the obligation on 10/14/01, and the holder filed a claim on the loan guarantee.

Due to this default, the guaranty agency paid a claim in the amount $3,894.68 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 C.F.R. § 682.410(b)(4), once the guarantor pays on a default claim, the entire amount paid becomes due to the guarantor as principal. The guarantor attempted to collect this debt from the borrower. The guarantor was unable to collect the full amount due, and on 09/02/09, assigned its right and title to the loan to the Department.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $3,894.68 |
| Interest: | $3,823.87 |
| Total debt as of 01/21/15: | $7,718.55 |

Interest accrues on the principal shown here at the rate of $0.85 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2015

Loan Analyst
Litigation Support

EXHIBIT A

0 4 5 5 2 8 0 0 0 0 1   DA 2725   Tex.

**Loan Consolidation Application and Promissory Note**

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

### Section I — Personal Information — Please Read Instructions

| 1. SOCIAL SECURITY NUMBER | 2. LAST NAME (PLEASE PRINT) | FIRST (NO NICKNAME) | M.I. |
|---|---|---|---|
| 7383 | EPSTEIN, JASON R | | |

| 3. BIRTH DATE | PERMANENT HOME ADDRESS | | APT. NO. |
|---|---|---|---|
| 9-22-07 | | | |

| 4. AREA CODE/TELEPHONE NUMBER FOR ITEM 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|
| ( ) | | IL | |

| 5. DRIVER ...MBER | 6A. EMPLOYER NAME |
|---|---|
| | JASON EPSTEIN |

| 6B. EMPLOYER TELEPHONE NUMBER | EMPLOYER ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| ( ) | | CHICAGO | IL | |

| 7A. NAME AND ADDRESS OF A RELATIVE NOT LIVING WITH YOU: | 7B. NAME AND ADDRESS OF ANOTHER PERSON WHO KNOWS YOU AND YOUR ADDRESS: | 7C. NAME AND ADDRESS OF ANOTHER PERSON WHO KNOWS YOU AND YOUR ADDRESS: |
|---|---|---|
| TONY CADENA | TONY ESPINAR | LOUIS ESPINAR |
| 113 JOHN PAGE | 115 DONALDSON | 402 WINEDINGWAY |
| SAN ANTONIO   TX 73240 | SAN ANTONIO   TX 78228 | SAN ANTONIO   TX 7824 |
| TELEPHONE NUMBER ( 2107364099 | TELEPHONE NUMBER ( 2107362442 | TELEPHONE NUMBER ( 2106842836 |

### Section II — Student Loan Information

8. Student loans I wish to have consolidated (Be sure to read the Instructions for 8C., 8D., and 8G.):

| | A. Creditor/Servicer Name & Address | B. Account Number | C. Type of Loan | D. Guarantor | E. Current Balance | F. Interest Rate | G. Is the Loan in Good Repayment Status? YES | NO |
|---|---|---|---|---|---|---|---|---|
| (a) | VAN RU CREDIT CORP. | 9779292 | G | 748 | 4424.52 | 8.000 | | |
| (b) | | | | | | | | |
| (c) | | | | | | | | |
| (d) | | | | | | | | |
| (e) | | | | | | | | |
| (f) | | | | | | | | |

TOTAL

9. Student loans I wish to have considered for purposes of determining my Repayment Schedule, but that I do not wish to have consolidated:
DO NOT DUPLICATE LOANS LISTED IN ITEM 8.

| | A. Creditor/Servicer Name & Address | B. Account Number | C. Type of Loan Program | D. Estimated Current Balance |
|---|---|---|---|---|
| (a) | | | | |
| (b) | | | | |
| (c) | | | | |

TOTAL

### Section III — Repayment Options

10. I prefer ("X" one): [X] Level Payment Schedule   [ ] Graduated Payment Schedule

### Section IV — Promissory Note and Borrower Certification

1. Promise to Pay and Borrower Certification: I, the undersigned Borrower, promise to pay to you or your order a sum certain equal to the loan amount as identified in my Repayment Schedule and Disclosure Statement which will be provided to me at the time my Borrower Consultancy discharging my obligation on the loan selected for consolidation...

11. BORROWER SIGNATURE

X _____   DATE 3/10/89

NOTICE TO BORROWER: Terms of the Promissory Note continue on reverse side. Be sure you have completed Section I, II, III and signed the Promissory Note in Section IV before mailing to the Consolidating Lender.

### Section V — To Be Completed By The Consolidating Lender

| 13. TOTAL FEDERAL SSL/SLS | TOTAL FEDERAL SLS | TOTAL FISL | TOTAL HPSL | TOTAL FEDERAL PERKINS |
|---|---|---|---|---|
| 4500.88 | | | | |

| 14. NAME AND ADDRESS OF LENDING INSTITUTION | 15. ANTICIPATED DISB. DATE | 16. FIRST PAYMENT DUE DATE | 17. NEW LOAN BALANCE |
|---|---|---|---|
| Crestar c/o Suntech P.O. Box 4479 Jackson, MS 39296-4479 | 3/30/99 | 5/14/99 | 4500.88 |

| 18. TERM | 19. RATE | 20. TELEPHONE NUMBER | 21. LENDER CODE |
|---|---|---|---|
| 181 mo. | 8.00 | (601) 787-4800 | 811 |

| 22. SIGNATURE OF AUTHORIZED LENDING OFFICIAL | PRINT OR TYPE NAME AND TITLE | | DATE |
|---|---|---|---|
| | Lynn Lister   manager | | 3/30/99 |

White—Lender   Yellow—Guarantor   Pink—Borrower   Return white and yellow copies to the Consolidating Lender. Copyright 1995 United Student Aid Funds, Inc. All Rights Reserved
Keep the pink copy for your records.

20-11SLC10/95

EXHIBIT B

# Additional Terms of the Promissory Note for a Consolidation Loan

**II. Date Note Becomes Due:** The repayment period on this loan begins when the loan is disbursed. The first payment is due within 60 days of my first payment except that I may be entitled to deferment of payment period as described under the section titled "Deferment." Payments will be made in monthly installments in accordance with the Repayment Schedule which will be provided to me at the time my former Lenders have discharged my obligations on the loans selected for consolidation.

**III. Interest:** I agree to pay simple interest on the unpaid principal balance from the date the repayment period begins until the entire principal amount and accrued interest are paid in full. I shall be responsible for the payment of all the interest that accrues on this loan in accordance with the terms of the repayment schedule. This Federal Consolidation Loan Note shall bear interest at an annual rate, which is fixed for the term of the loan, on the unpaid principal balance of the loan which is equal to the weighted average of the interest rates on the loans consolidated, rounded to the nearest whole percent except that each interest rate shall not be less than nine percent (9%). If any of my Federal SLS (formerly called student PLUS or VANS) loans are to be consolidated they will first be renegotiated at the current annual rate as determined by the Secretary and authorized by the Act, if that rate is lower than my current fixed rate and then be immediately consolidated into this account. I will not receive any separate disbursement check evidencing my refinanced loans.

**IV. Guarantee Fee:** I will not be charged a guarantee fee for my consolidated loans.

**V. Default:** I will be in default and you have the right to give me notice that the whole outstanding principal balance, plus any unpaid interest I owe you, and payable at once if I fail to make an installment payment when due or to meet other terms of this Promissory Note under circumstances where the Guarantor finds a reasonable basis to include that the Borrower, no longer intends to honor the obligation to repay provided that this failure persists for 180 days for a loan repayable in monthly installments or 240 days for a loan repayable in less frequent installments. After sending such notice, you will still have the right without further notice to take the outstanding balances out of my checking and/or savings account.

...

**VI. Late Charges and ...:** If any payment has not been paid within...

...

**VII. Additional Agreements:** ...

**VIII. Deferment:** I am entitled to deferment under the Higher Education Act, as amended and its regulations. In order to receive a deferment, I must request the deferment and provide you with all of the documentation required to establish my eligibility. I understand that a loan is in one for which the condition entitling me to the deferment no longer exists. Payment of principal on my loan may be deferred during the deferment period if I am not in default and I comply with applicable federal loan consolidation regulations published pursuant to Section 428C of Title IV, Part B of the Higher Education Act of 1965, as amended, and the following circumstances:

...

**IX. Forbearance:** If I am unable to make the scheduled payments for reasons of hardship, I may be eligible for forbearance of payments of the loan as provided in the Guarantor's regulations and at the discretion of the Lender. I must notify my Lender when the condition entitling me to the forbearance no longer exists.

**X. Repayment by Department of Defense:** Under certain circumstances, military personnel may have their loans repaid by the Secretary of Defense in accordance with Section 902 of the Department of Defense Authorization Act, 1984 (10 U.S.C. 2141 note). Questions concerning the program should be addressed to the local recruiter for the services involved. This is a repayment program and is exempt from the forbearance; it is an additional or alternative eligibility for enlistment in the Armed Forces.

**XI. Repayment:** I will repay the total amount due on this Promissory Note in periodic installments with interest on the unpaid balance from the date the Promissory Note is executed.

...

**XII. Prepayment:** I may, at my option and without penalty, prepay all or any part of the principal or accrued interest on this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I have paid.

**XIII. Credit Bureau Notification:** Information concerning the amount of this loan and the repayment will be reported in one or more credit bureau organizations. If I default on this loan, the Lender, Holder, or Guarantor will also report the default to all national credit bureau organizations. This may significantly and adversely affect my ability to obtain other credit.

NOTICE TO BORROWER: BY YOUR SIGNATURE ON THE OTHER SIDE OF THIS APPLICATION AND PROMISSORY NOTE YOU ARE AGREEING TO THE ABOVE TERMS AND CERTIFICATION.

# U. S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #2 OF 2

Jason R Epstein

Chicago, IL
Account No. ████████ 7088

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 01/21/15.

On or about 06/12/06, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $75,556.12 & $95,748.35 on 06/30/06, at 6.375 percent interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 09/02/08. Pursuant to 34 C.F.R. § 685.202(b), a total of $22,497.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $193,801.47 |
| Interest: | $81,046.48 |
| Total debt as of 01/21/15: | $274,847.95 |

Interest accrues on the principal shown here at the rate of $33.83 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2015

Loan Analyst
Litigation Support

EXHIBIT C

**Borrower's Name** JASON R. STEIN

**Borrower's Social Security Number** ███-███-7088

JUN 1 5 2006

## SECTION E: REPAYMENT PLAN SELECTION

Carefully read the repayment plan information in "Direct Consolidation Loans" that accompanies this application and promissory note to understand your repayment plan options. Then, complete this section to select your repayment plan. Remember--

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" and "Income Contingent Repayment Plan Consent to Disclosure of Tax Information" forms that accompany this application and promissory note. Your selection cannot be processed without these forms.
- If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.

31. Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

| | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|
| **STUDENT LOANS** Direct Subsidized and Unsubsidized Consolidation Loans | ✔ | ☐ | ☐ | ☐ |
| **PARENT LOANS** Direct PLUS Consolidation Loans | Not Available | ☐ | ☐ | ☐ |

## SECTION F: BORROWER PROMISE AND CONSENT (Continued)

**Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in Section D. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the accompanying Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

## I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.

32. Signature of Borrower _____ Date 6/12/06

Signature of Spouse (if consolidating jointly) _____ Date _____

EXHIBIT D