UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | No. 15 C 8445 |
| | ) | |
| v. | ) | Magistrate Judge Rowland |
| | ) | |
| JASON EPSTEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**Report and Recommendation**

This matter is before the court on the motion of the United States for entry of default judgment. The court has reviewed the motion, and hereby recommends that the district court enter a Judgment of Default as follows,

Against Jason Epstein in the amount of $288,221.86, which constitutes principle and interest of $285,898.30 as of April 8, 2016, plus interest in the amount of $2,323.56 from April 8, 2016, until the entry of judgment. This amount includes $8,096.48, which represents principle and interest through April 8, 2016, on Count I of the complaint, with interest accruing at $.85 per day from April 8, 2016, to the date of judgment; and the amount of $277,801.82, which represents principal and interest due through April 8, 2016, on Count II of the complaint, with interest accruing at the rate of $33.83 per day from April 8, 2016 to the date of judgment. Interest shall accrue from the date of judgment at the statutory rate pursuant to 28 U.S.C. § 1961 until the judgment is satisfied.

Specific written objections to this Report and Recommendation may be served and filed within fourteen days from the date that this recommendation is served. Fed. R. Civ. P. 72. Failure to file objections with the district court within the specified time will result in a waiver of the

right to appeal all findings, factual and legal, made by this Court in the Report and Recommendation. *Lorentzen v. Anderson Pest Control*, 64 F.3d 327, 330 (7th Cir. 1995).

ENTER:

MARY M. ROWLAND
United States Magistrate Judge

Date: June 14, 2016