UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON EPSTEIN, <br><br> Defendant. | No. 15 CV 8445 <br><br> Judge Manish S. Shah |

### ORDER

Plaintiff's motion for entry of default judgment [17] is granted, and the court adopts the magistrate judge's report and recommendation [21]. Enter judgment in favor of plaintiff in the amount of $290,750.50 and terminate civil case.

### STATEMENT

The United States government filed suit against Jason Epstein to collect principal and interest due on loans guaranteed by the U.S. Department of Education. [1]. Defendant Epstein, an attorney, filed an appearance, [3], but did not answer the complaint. *See* [13], [14], [15]. An order of default was entered and the government then filed a motion for default judgment with an affidavit explaining the basis for the requested relief. [17]. Defendant did not respond to the motion and the magistrate judge recommended that judgment be entered. [21].

The time for filing objections to the magistrate judge's report and recommendation has come and gone. Defendant has failed to defend the case or present any information contesting the government's calculation of the amounts owed. The allegations of the complaint are deemed admitted for purposes of liability, and the declaration in support of the motion for default judgment provides an adequate foundation (based on a review of documents from the Department of Education and the Consolidated Debt Collection System) to calculate the debt. The magistrate judge appropriately recommended that judgment be entered, and the government's motion is granted.

The clerk shall enter final judgment in favor of plaintiff and against defendant Jason Epstein in the amount of $290,753.50 ($285,898.30 plus interest accruing at $34.68 per day from April 8, 2016 until August 26, 2016, the date of

judgment). Interest shall accrue from the date of judgment at the statutory rate pursuant to 28 U.S.C. § 1961.

ENTER:

                                                                       Manish S. Shah
                                                                       United States District Judge

Date: 8/26/2016